

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2015

No. 04-14-00557-CR

Shamar Jerrell **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6088
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Appellant's Agreed Motion for Issuance of Expedited Mandate is GRANTED. We ORDER the Clerk of this Court to issue the mandate as soon as possible.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court